CO-386-online
10/03

# United States District Court
# For the District of Columbia

BAYSIDE COMMUNITY HOSPITAL )
200 Hospital Drive )
Anahuac, Texas 77574 )
)
        vs   Plaintiff )   Civil Action No._____
)
MICHAEL O. LEAVITT, IN HIS CAPACITY )
AS SECRETARY OF THEDEPARTMENT )
OF HEALTH AND HUMAN SERVICES )
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __BAYSIDE COMMUNITY HOSPITAL__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __BAYSIDE COMMUNITY HOSPITAL__ which have any outstanding securities in the hands of the public:

Bayside Community Hospital is operated by the Chambers County Public Hospital District, a political subdivision of the State of Texas. As such, no outstanding securities are in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                  Attorney of Record

                                                  _____
                                                  Signature

__366800__                           Frederick W. Chockley III
BAR IDENTIFICATION NO.        Print Name

                                                  1050 Connecticut Avenue, N.W., Suite 1100
                                                  Address

                                                  Washington, DC  20036
                                                  City             State           Zip Code

                                                  202-861-1500
                                                  Phone Number