UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1562 (EGS) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for the defendant in the above-captioned case.

                                                           Respectfully submitted,

                                                            /s/
                                                           CHARLOTTE A. ABEL
                                                           D.C. Bar No. 388582
                                                           Assistant United States Attorney
                                                           555 Fourth St., N.W.
                                                           Washington, D.C. 20530
                                                           (202) 307-2332