# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL,       )<br>                                                               )<br>            Plaintiff,                                 )<br>                                                               )<br>       v.                                                  )<br>                                                               )<br>MICHAEL O. LEAVITT,                        )<br>Secretary, United States Department of  )<br>Health and Human Services,                )<br>                                                               )<br>            Defendant.                           ) | Civ. Action No. 07-1562 (EGS) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD ON CD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action on a CD. The record is being maintained in the Clerk's Office on a CD and will be available for public viewing and copying between the hours of 9 a.m. and 4 p.m. Monday through Friday beginning December 12, 2007.

The administrative record has been filed with the Court and a copy served on opposing counsel.

Respectfully submitted,

     /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

     /s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record on CD with attached Administrative Record has been delivered by City Express, this 11th day of December, 2007, addressed to:

**Frederick W. Chockley, III
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036**

/s/
Christopher B. Harwood
Assistant United States Attorney