**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BAYSIDE COMMUNITY HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-1562 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | **ECF** |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT REPORT AND PROPOSED SCHEDULING ORDER**

In accordance with the Court's Order for Meet and Confer Report, dated November 6, 2007, the parties report as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services (the "Secretary") denying Plaintiff's request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiff seeks judicial review of the Secretary's determination that it was not eligible for Medicare reimbursement via "pass-through" payment, which was available to critical access hospitals for nurse anesthetist services for fiscal years 2002, 2003 and 2004.

3. In accordance with the Court's November 6, 2007 Order, the parties have conferred and opened lines of communication to determine whether settlement of this case can be achieved. The parties have also determined that this case can be resolved by cross-motions for

summary judgment in the event settlement is not possible.  Subject to approval by the Court, the parties have agreed to the following briefing schedule, which is reflected in the attached proposed scheduling order:

| | |
|---|---|
| February 14, 2008: | Plaintiff's Motion for Summary Judgment |
| April 14, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| May 23, 2008: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| July 7, 2008: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

4.  The parties do not consent to the referral of this case to a Magistrate Judge for all purposes.

5.  The parties believe that this case is unsuitable now for alternative dispute resolution, including mediation, arbitration, early neutral evaluation, summary jury trial, or other forms of alternative dispute resolution.

Respectfully submitted,

Counsel for Plaintiff:                          Counsel for Defendant:


_____/s/_____          _____/s/_____
GREGORY N. ETZEL                                JEFFREY A. TAYLOR
D.C. Bar No. TX0039                             D.C. Bar No. 498610
Texas Bar No. 00793705                          United States Attorney
BAKER & HOSTETLER LLP
1000 Louisiana, Suite 2000                      _____/s/_____
Houston, TX  77002                              CHRISTOPHER B. HARWOOD
(713) 646-1316                                   Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 307-0372


                                                _____/s/_____
                                                LINDA KEYSER
                                                Attorney
                                                U.S. Department of Health and Human Services
                                                Office of the General Counsel
                                                330 Independence Ave., S.W.
                                                Cohen Building, Room 5327D
                                                Washington, D.C. 20201
                                                (202) 205-8779

                                                OF COUNSEL:

                                                DANIEL MERON
                                                General Counsel

                                                CAROL J. BENNETT
                                                Acting Associate General Counsel

                                                MARK D. POLSTON
                                                Deputy Associate General
                                                  Counsel for Litigation

                                                United States Department of
                                                  Health and Human Services

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BAYSIDE COMMUNITY HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-1562 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | **ECF** |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>SCHEDULING ORDER</u>

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this _____ day of December, 2007, hereby ORDERED that:

1. No Initial Scheduling Conference will be held in this case.  If at a later time any party believes a conference with the Court is necessary or advisable for any purpose, that party may file a motion seeking such a conference.

2. Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

February 14, 2008:    Plaintiff's Motion for Summary Judgment

April 14, 2008:    Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment

May 23, 2008:      Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment

July 7, 2008:      Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment

SO ORDERED.


_____
EMMET G. SULLIVAN
United States District Judge


Copies to:  ECF counsel.

2