UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health )<br>and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-CV-01562 (EGS) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a two-day enlargement of time, up to and including March 13, 2008, to answer or otherwise respond to Plaintiff's Amended Complaint. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on September 4, 2007.

2. Defendant answered the Complaint on November 5, 2007.

3. On February 14, 2008, Plaintiff filed an unopposed motion to file an Amended Complaint, accompanied by the Amended Complaint.

4. On February 18, 2008, the Court directed Defendant to respond to the Amended Complaint no later than March 11, 2008.

5. Herein, Plaintiff challenges a decision by the Centers for Medicare and Medicaid Services Administrator reversing the decision of the Provider Review Reimbursement Board,

and upholding the decision of the fiscal intermediary below that Plaintiff is not entitled to pass-through payments for nurse anesthetist services because it is not physically located in a rural area as required by statute.

6.  Due to the urgency of other matters, the Secretary's counsel has recently turned her attention to this Amended Complaint and is in the process of reviewing it.

7.  In order to allow sufficient time for the Secretary's counsel to review the Amended Complaint, to consult with the agency as necessary, and to prepare an appropriate response to the Amended Complaint, the Secretary respectfully requests an enlargement of time of two days, up to and including March 13, 2008, within which to answer or otherwise respond to Plaintiff's Amended Complaint.

7.  Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel, Gregory N. Etzel, on March 11, 2008, regarding the contents of this motion.  Plaintiff, through counsel, consented to the instant motion.

8.  This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

March 11, 2008                      Respectfully submitted,

                                         /s/
                          JEFFREY A. TAYLOR
                          United States Attorney
                          D.C. Bar No. 498610


                                         /s/
                          CHRISTOPHER B. HARWOOD
                          Assistant United States Attorney
                          N.Y. Reg. No. 4202982
                          United States Attorney's Office
                          Civil Division
                          Judiciary Center Building
                          555 4th Street, N.W.
                          Washington, D.C. 20530
                          (202) 307-0372


                                         /s/
                          LINDA KEYSER
                          Attorney
                          U.S. Department of Health and Human Services
                          Office of the General Counsel
                          Centers for Medicare & Medicaid Services Division
                          Room 5327D, Cohen Building
                          330 Independence Avenue, S.W.
                          Washington, D.C. 20201
                          202-205-8779
                          Facsimile: (202) 401-1405

                          Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 11, 2008, an electronic copy of the foregoing Consent Motion for Enlargement of Time will be served on Plaintiff's counsel via the Court's Electronic Case Filing system.

Respectfully submitted,

_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
United States Attorney's Office
Civil Division
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> U.S. Department of Health ) <br> and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07-CV-01562 (EGS) |

<u>ORDER</u>

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, and the entire record herein, it is this

_____ day of March, 2008,

ORDERED that Defendant's Consent Motion for Enlargement of Time is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 13, 2008, to answer or otherwise respond to Plaintiff's Amended Complaint.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel