UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health )<br>and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-CV-01562 (EGS) |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE HIS OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time, up to and including May 14, 2008, to file his Opposition and Cross-Motion for Summary Judgment in response to Plaintiff's Motion for Summary Judgment. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on September 4, 2007.

2. Defendant answered the Complaint on November 5, 2007.

3. On February 14, 2008, Plaintiff filed an unopposed motion to file an Amended Complaint, accompanied by its Amended Complaint.

4. Defendant responded to the Amended Complaint on March 13, 2008.

5. On December 31, 2007, this Court issued an Order requiring Defendant to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by April 14, 2008.

6. Due to unanticipated and time-consuming discovery obligations in an unrelated matter, Defendant's counsel has only recently been able to turn her attention to Defendant's Opposition and Cross-Motion for Summary Judgment.

7. In order to allow sufficient time for Defendant's counsel to review Plaintiff's Motion, consult with the agency as necessary, and prepare an appropriate Opposition and Cross-Motion for Summary Judgment, the Secretary respectfully requests an enlargement of time of thirty days, up to and including May 14, 2008, within which to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

8. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel, Gregory N. Etzel, on April 9, 2008, regarding the contents of this motion. Plaintiff, through counsel, consented to the instant motion.

9. This request for an enlargement is made in good faith and not for purposes of delay.

10. The Secretary has not previously requested or been given an extension of time to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

11. In lieu of the present schedule, the parties propose the following amended deadlines:

    Plaintiff's Reply:  due June 25, 2008
    Defendant's Reply:  due August 6, 2008

A proposed Order is attached.

April 11, 2008 Respectfully submitted,

      /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
United States Attorney's Office
Civil Division
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372


      /s/
LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5327D, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

**CERTIFICATE OF SERVICE**

     I hereby certify under penalty of perjury that on April 11, 2008, an electronic copy of the foregoing Defendant's Consent Motion for Enlargement of Time To File His Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment will be served on Plaintiff's counsel via the Court's Electronic Case Filing system.

     Respectfully submitted,

        /s/
     CHRISTOPHER B. HARWOOD

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSIDE COMMUNITY HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>　　　　　Defendant. | Case No. 1:07-CV-01562 (EGS) |

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time To File His Opposition and Cross-Motion for Summary Judgment in Response to Plaintiff's Motion for Summary Judgment ("Defendant's Consent Motion") and the entire record herein, it is this

_____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including May 14, 2008, to file his Opposition and Cross-Motion for Summary Judgment in response to Plaintiff's Motion for Summary Judgment, and it is

FURTHER ORDERED that the ensuing deadlines be adjusted as follows:

Plaintiff's Reply:  due June 25, 2008
Defendant's Reply:  due August 6, 2008

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel