# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAYSIDE COMMUNITY HOSPITAL** § <br> **200 Hospital Drive** § <br> **Anahuac, Texas 77574** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **MICHAEL O. LEAVITT, IN HIS** § <br> **CAPACITY AS SECRETARY OF THE** § <br> **DEPARTMENT OF HEALTH AND** § <br> **HUMAN SERVICES,** § <br> **200 Independence Avenue, S.W.** § <br> **Washington, D.C. 20201** § <br> § <br> **Defendant.** § | File No. 1:07-CV-01562 (EGS) |

## PRAECIPE

Plaintiff requests that the Clerk of the Court enter the appearance of the undersigned, Ambika J. Biggs, as additional counsel of record for Plaintiff in the above-captioned case. Ms. Biggs is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia and is admitted to this Court.

Respectfully submitted,

By:  _____/s/_____
Ambika J. Biggs (501225)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 100
Washington, D.C. 20036
(202) 861-1500
(202) 861-1783 Fax
abiggs@bakerlaw.com

ATTORNEYS FOR PLAINTIFF

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT ON April 30, 2008, an electronic copy of the foregoing Praecipe will be served on Defendant's counsel via the United States District Court's Electronic Case Filing system.

                                                  _____/s/_____
                                                        Ambika J. Biggs