## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BAYSIDE COMMUNITY HOSPITAL** | § | |
| **200 Hospital Drive** | § | |
| **Anahuac, Texas 77574** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **File No.  1:07-CV-01562 (EGS)** |
| | § | |
| **MICHAEL O. LEAVITT, IN HIS** | § | |
| **CAPACITY AS SECRETARY OF THE** | § | |
| **DEPARTMENT OF HEALTH AND** | § | |
| **HUMAN SERVICES,** | § | |
| **200 Independence Avenue, S.W.** | § | |
| **Washington, D.C. 20201** | § | |
| | § | |
| **Defendant.** | § | |

<u>**PRAECIPE**</u>

Plaintiff requests that the Clerk of the Court enter the appearance of the undersigned, Gregory N. Etzel, as counsel of record for Plaintiff in the above-captioned case.  Mr. Etzel is a member of the bar in good standing in the state of Texas and is a member of this Court.

Respectfully submitted,

By: _____/s/_____
      Gregory N. Etzel
      D.C. Bar No: TX0039
      Texas Bar No. 00793705
      BAKER & HOSTETLER LLP
      1000 Louisiana, Suite 2000
      Houston, Texas 77002
      Telephone: 713.646.1316
      Fax: 713.751.1717
      getzel@bakerlaw.com
      ATTORNEYS FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 19, 2008 an electronic copy of the

foregoing Praecipe will be served on Defendant's counsel via the United States District Court's

Electronic Case Filing system.


Respectfully submitted,

_____/s/_____
Gregory N. Etzel